Torrell Saxon # 223319
Westchester Correction Facility
P.O. Box 10
Valhalla, N.Y. [illegible]

In The United States District Court
For The District of New York

UNITED STATES OF AMERICA

    Plaintiff

    Vs.

Torrell Saxon

    Defendant

Case No. S1 12 Cr. 320 (ER)

Notice of Appeal

COMES NOW the Defendant, Torrell Saxon, pro se and hereby gives notice of appeal from the Judgment and sentence imposed by this Court on May 30, 2013.

Copy mail to:
U.S. Attorney of
Southern District of
New York
300 Quarropas Street
White Plains, N.Y. 10601

Torrell Saxon
Torrell Saxon