UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TORRELL SAXON,

                Petitioner,

– v. –

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

12 Cr. 320 (ER)

RAMOS, D.J.:

Torrell Saxon filed a *pro se* motion for compassionate release on June 9, 2020.  Doc. 60.

The Government is directed to respond by **June 17, 2020.**

It is SO ORDERED.

Dated:   June 12, 2020
           New York, New York

EDGARDO RAMOS, U.S.D.J.